*E-FILED 10-27-2010*

ANNE F. BRADLEY, CA Bar No. 252,563
Email:  anne.bradley@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

Attorneys for Defendant
SPOKEO, INC.

SUZANNE HAVENS BECKMAN, CA Bar No. 188,814
Email:  shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Fax: (818) 501-7852

Attorneys for Plantiff
JENNIFER PURCELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER PURCELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 5:10-cv-03978 HRL<br><br>~~[PROPOSED]~~ ORDER RE JOINT STIPULATION OF EXTENSION OF TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR OTHERWISE PLEAD AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE<br><br>CLASS ACTION<br><br>Complaint Filed: September 3, 2010<br><br>Hon. Howard R. Lloyd<br><br>[Re:  Docket No. 7] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the parties' stipulation and good cause appearing, the Court hereby ORDERS that:

1. Defendant Spokeo's answer or other responsive pleading is now due on December 1, 2010; and

2. The Initial Case Management Conference shall be continued from November 16, 2010 to **January 11, 2011, 1:30 p.m.** Dates related to the Initial Status Conference (*e.g.*, last day to meet and confer under Rule 26) shall be governed by the new status conference date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 27, 2010

Hon. Howard R. Lloyd
United States ~~District~~ Judge
Magistrate

KMG IRV1119802.1-*-10/25/10 4:29 PM

CHRISTIE, PARKER & HALE, LLP

-2-