*E-FILED 12-02-2010*

1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   BARRETT L. SCHREINER (SBN 266617)
3  bschreiner@mayerbrown.com
   350 South Grand Avenue
4  25th Floor
   Los Angeles, CA  90071-1503
5  Telephone:   (213) 229-9500
   Facsimile:   (213) 625-0248
6
   Attorneys for Defendant
7  SPOKEO, INC.

8
# UNITED STATES DISTRICT COURT
9
# NORTHERN DISTRICT OF CALIFORNIA
10
# SAN JOSE DIVISION
11

| | |
|---|---|
| 12  JENNIFER PURCELL, Individually and On Behalf of All Others Similarly Situated,<br>13<br>14       Plaintiff,<br>15    v.<br>16  SPOKEO, INC.,<br>17       Defendant. | Case No. CV-10-03978 HRL<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR OTHERWISE PLEAD AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: Sept. 3, 2010<br>**[Re:  Docket No. 10]**<br><br>**MODIFIED BY THE COURT** |

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR OTHERWISE PLEAD AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; CASE NO.  CV-10-03978 HRL

28837478

1  Having reviewed the Parties' stipulation and for good cause appearing, the
2  Court hereby ORDERS that:
3      1.    Defendant Spokeo, Inc.'s answer or other responsive pleading is now
4  due on January 10, 2011; and
5      2.    The Initial Case Management Conference shall be continued from
6  January 11, 2011 to ~~45 days after the Court rules on any Federal Rule of Civil~~
7  ~~Procedure 12(b)(6) motion to dismiss filed by Spokeo, Inc.~~ **March 15, 2011, 1:30 p.m.**
8  PURSUANT TO STIPULATION, IT IS SO ORDERED. **AS MODIFIED BY THE COURT.**

DATE: December 2, 2010          _____

                                                      HOWARD R. LLOYD
                                   UNITED STATES MAGISTRATE JUDGE

1

~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR OTHERWISE PLEAD AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; CASE NO. CV-10-03978 HRL

28837478