*E-FILED 01-21-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER PURCELL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>SPOKEO, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C10-03978 HRL<br><br>**ORDER (1) RE-SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; AND (2) CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS/TRANSFER VENUE** |

　　　　Pursuant to Civil Local Rule 73-1(a)(2), the parties were required to file, no later than January 17, 2011, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. They failed to do so, despite a reminder from the court. (Docket No. 21). Accordingly, the court re-sets the deadline for filing consents or declinations to **January 28, 2011**. Additionally, the hearing on defendant's motion to dismiss or transfer venue (Docket No. 14) is continued to **March 8, 2011, 10:00 a.m.**

　　　　SO ORDERED.

Dated:   January 21, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-03978-HRL Notice has been electronically mailed to:

Anne Fowler Bradley     anne.bradley@cph.com

David Christopher Parisi     dcparisi@parisihavens.com

John Nadolenco     jnadolenco@mayerbrown.com, bschreiner@mayerbrown.com, egriffin@mayerbrown.com, jaustgen@mayerbrown.com, los-docket@mayerbrown.com, srich@mayerbrown.com

Suzanne L. Havens Beckman     shavens@parisihavens.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2