*E-FILED 05-02-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER PURCELL, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>SPOKEO, INC.,<br><br>  Defendant. | No. C10-03978 HRL<br><br>**ORDER VACATING MAY 3, 2011 MOTION HEARING** |

Defendant's Motion to Dismiss or Transfer Venue (Docket No. 14) is deemed suitable for determination without oral argument, and the May 3, 2011 motion hearing is vacated. Civ. L.R. 7-1(b).

SO ORDERED.

Dated: May 2, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-03978-HRL Notice has been electronically mailed to:

Anne Fowler Bradley     abradley@foley.com, LACA-LitigationDocket@foley.com, lsaptoro@foley.com

Azita Moradmand     amoradmand@parisihavens.com

David Christopher Parisi     dcparisi@parisihavens.com

John Nadolenco     jnadolenco@mayerbrown.com, bschreiner@mayerbrown.com, egriffin@mayerbrown.com, jaustgen@mayerbrown.com, los-docket@mayerbrown.com

Suzanne L. Havens Beckman     shavens@parisihavens.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.