**\*E-FILED 05-27-2011\***

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER PURCELL, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>SPOKEO, INC.,<br><br>          Defendant. | Case No. CV-10-03978 HRL<br><br>~~[PROPOSED]~~ **ORDER ALLOWING FILING OF STATEMENT OF RECENT DECISION RE: MOTION TO DISMISS OR TRANSFER**<br><br>Hon. Howard R. Lloyd |

~~[PROPOSED]~~ ORDER; CASE NO. CV-10-03978 HRL

700143347

1  Having reviewed Defendant's Request to File Statement of Recent Decision
2  re Motion to Dismiss or Transfer and for good cause appearing, the Court hereby
3  allows Defendant's filing of Judge Otis Wright's Order Granting in Part and
4  Denying in Part Defendant's Motion to Dismiss First Amended Complaint, in
5  connection with Defendant's Motion to Dismiss or Transfer in this case.
6  IT IS SO ORDERED.

8  DATE: ____May 27, 2011_____    _____
9                                      Magistrate Judge Howard R. Lloyd